```
 1  ELIZABETH WALDOW
    NATIONAL PARK SERVICE
 2  Law Enforcement Office
    P.O. Box 517
 3  Yosemite, California 95389
    Telephone: 209-372-0243
 4
 5
 6
 7
                       UNITED STATES DISTRICT COURT
 8
                      EASTERN DISTRICT OF CALIFORNIA
 9
    UNITED STATES GOVERNMENT,    )    CASE #6:05-mj-00123-WMW
10                               )
            Plaintiff,            )
11                               )    STIPULATION TO VACATE AND SET
         vs                      )    CONTINUANCE FOR STATUS
12                               )    CONFERENCE
                                 )
13                               )
                                 )
14  MEGAN Mc LAUGHLIN            )
                                 )
15          Defendant.            )
    _____)
16  _____)

17      IT IS HEREBY STIPULATED by and between ELIZABETH WALDOW,

18  the Legal Officer for the United States Government and Defendant,

19  MEGAN Mc LAUGHLIN, and her Attorney of record, Carol Moses, that

20  the trial in the above-captioned matter scheduled for May 24,

21  2006, be vacated, and a status conference be set for June 6,

22  2006.

23  Dated: May 24, 2006

24                                    By: /S/ Elizabeth Waldow
                                          ELIZABETH WALDOW
25                                        Legal Officer for
                                          United States Government
26
    Dated: May 24, 2006
27
                                      By: /S/ Carol Moses
                                          Carol Moses, Attorney for
28                                        Megan Mc Laughlin
                                          As authorized on 5/24/06
```

1
2                              * * * ORDER * * *
3       The Court, having reviewed the above request for the trial
4  in the U.S. v. MEGAN Mc LAUGHLIN to be vacated until June 6, 2006
5  and Order Thereon, HEREBY ORDERS AS FOLLOWS:
6       1.   The trial in the matter of U.S. v. MEGAN Mc LAUGHLIN
7            shall be vacated and a status conference set for June
8            6, 2006.
9
10 It is so ordered:
11
12                            IT IS SO ORDERED.
13       **Dated:  May 24, 2006      /s/  William M. Wunderlich**
                                  bokUNITED STATES MAGISTRATE JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28