1 **CAROL ANN MOSES #164193**
Attorney at Law
2 545 East Alluvial, Ste. 112
Fresno, California 93720
3 Telephone: (559) 449-9069
Facsimile: (559) 449-9016
4

5 Attorney for Defendant, MEGAN MC LAUGHLIN

6

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | ) | CASE NO. 6:05-mj-00123-WMW |
|----|---|---|---|
| 12 | | ) | |
| 13 | Plaintiff, | ) | STIPULATION TO VACATE TRIAL DATE OF JULY 5, 2006 |
| 14 | vs. | ) | AND SET NEW TRIAL DATE OF AUGUST 16, 2006 |
| 15 | MEGAN MC LAUGHLIN, | ) | |
| 16 | Defendant. | ) | |
| 17 | _____ | ) | |

18    IT IS HEREBY STIPULATED by and between the Defendant, MEGAN MC

19 LAUGHLIN, her Attorney of record, Carol Ann Moses, and the Legal Officer for the United

20 States Government, Elizabeth Waldow, that the Trial Date in the above-captioned matter

21 currently scheduled for July 5, 2006, be vacated and a new date of August 16, 2006 at 10:00 a.m.

22 be set.

23 Dated: June 19, 2006

24                                                By: /S/ Carol Ann Moses
                                                   CAROL ANN MOSES
25                                                 Attorney for Defendant
                                                   MEGAN MC LAUGHLIN
26 Dated: June 19, 2006
                                                   By: /S/ Elizabeth Waldow
27                                                 ELIZABETH WALDOW
                                                   Legal Officer for
28                                                 UNITED STATES GOVERNMENT
                                                   As agreed on June 19, 2006

1
2                              * * * PROPOSED ORDER * * *
3        The Court, having reviewed the above Stipulation and Order to Set a New Trial Date,
4  HEREBY ORDERS AS FOLLOWS:
5        1.      The Stipulation to vacate the trial date of July 5, 2006 and set a new trial date of
6                August 16, 2006 at 10:00 a.m. is granted.
7
8  Dated: _____
                                            By: _____
9                                               WILLIAM M. WUNDERLICH
                                                UNITED STATES MAGISTRATE JUDGE
10
11
12
13
   IT IS SO ORDERED.
14
   **Dated:    June 20, 2006**                    **/s/  William M. Wunderlich**
15 mmkd34                                         UNITED STATES MAGISTRATE JUDGE
16
17
18
19
20
21
22
23
24
25
26
27
28